Case 1:12-cv-00763-JTN-ESC Doc #1 Filed 07/24/12 Page 1 of 4 Page ID#1

FILED - GR
July 24, 2012 9:58 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY _NS_/_____ SCANNED BY: NS /7/24

In the United States District Court
For the Western District of Michigan

Bradley Keith Sleighter 46848

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

1:12-cv-763

Janet T. Neff - U.S. District Judge

Ellen S. Carmody - U.S. Magistrate Judge

v. Kent County Jail Administrator
(Kent County Correctional Facility)

(Enter above the full name of the defendant or defendants in this action.)

## COMPLAINT

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the required $350 filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $350 filing fee regardless whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☐ No ☒

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

2. Is the action still pending? Yes ☐ No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

   _____

3. Did you appeal the decision? Yes ☐ No ☐

4. Is the appeal still pending? Yes ☐ No ☐

   a. If not pending, what was the decision on appeal? _____

   _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☐

   If so, explain: _____

II. **Place of Present Confinement** Kent County Jail (KCCF)

If the place of present confinement is not the place you were confined when occurrence that is subject of instant lawsuit arose, also list the place you were confined: _____

III. **Parties**

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Bradley Keith Sleighter 468048**

Address **703 Ball Ave NE., Grand Rapids, MI 49503**

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 **Kent County Jail Administration**

Position or Title **Administrator**

Place of Employment **Kent County Jail**

Address **703 Ball Ave. N.E., Grand Rapids, MI 49503**

Official and/or personal capacity? _____

Name of Defendant #2 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address _____

Official and/or personal capacity? _____

IV. **Statement of Claim**

State here, as briefly as possible, the facts of your case. Describe how each defendant is personally involved. Include also, the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space *as you need*. Attach extra sheets if necessary.

The jail has denied me a Jewish Kosher Diet. I've been here since Jan 16, 2012 and I am being told that no religious diets are provided. A Kosher diet requires a Kosher Kitchen, which the jail does not have. The right to eat Kosher is a civil right protected by my right to practice my religion as long as it is not a threat to the security and well order of the institution.

Federal Prisons and Jails provide Kosher meals. State Prisons including Michigan Department of Corrections provide Kosher meals. This is guaranteed by prior federal litigation and I seek the same litigation in this case.

Since being incarcerated January 16th, 2012 I have lost 30 lbs. I am only eating salad, coleslaw, bread, and breakfast cereal, and even this violates Kosher law because it is served on a tray that the meat is on, which is not Kosher. Therefore it is considered unclean for Jews to eat.

(Last Revised: February 2009)

V. **Relief**

State briefly and precisely what you want the court to do for you.

I want the court to order the Kent County Jail to provide me with a Jewish Kosher diet packaged, sealed and labled Kosher. I want punative actions for every day the jail does not comply.
If the jail is unwilling to provide packaged Kosher meals provided from an outside source then they must build a Jewish Kosher Kitchen.

July 20, 2012
Date

Brad Sleighter
Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.