AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Michigan

| | |
|---|---|
| BRADLEY KEITH SLEIGHTER <br><br> *Plaintiff(s)* <br> v. <br> KENT COUNTY CORRECTIONAL FACILITY ADMINISTRATION, UNDERSHERIFF JON HESS and CAPTAIN RANDY DEMORY <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:12-cv-0763 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kent County Correctional Facility Administration
701 Ball Avenue N.E.
Grand Rapids, Michigan 49503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bradley Keith Sleighter/pro se
82 50th Street S.W., Apt 323
Wyoming, Michigan 49548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KENT COUNTY CORRECTIONAL FACILITY ADMIN.

was received by me on *(date)* 12/03/2012 .

❏ I personally served the summons on the individual at *(place)* Ken County Sherriffs Department
701 Ball Ave. N.E., Grand Rapids Michigan 49503 on *(date)* ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)* KENT COUNTY JAIL
703 Ball Ave. N.E., Grand Rapids, Michigan 49503 on *(date)* ; or

❏ I returned the summons unexecuted because ; or

❏ Other *(specify)*:


My fees are $ 20.00 for travel and $ 0.00 for services, for a total of $ 20.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Kathie Jolaine Moore
*Printed name and title*

82 50th Street S.W., Apartment 323
Wyoming, Michigan 49548
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| BRADLEY KEITH SLEIGHTER <br><br> *Plaintiff(s)* <br> v. <br> KENT COUNTY CORRECTIONAL FACILITY ADMINISTRATION, UNDERSHERIFF JON HESS and CAPTAIN RANDY DEMORY <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:12-cv-0763 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kent County Correctional Facility Administration
701 Ball Avenue N.E.
Grand Rapids, Michigan 49503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bradley Keith Sleighter/pro se
82 50th Street S.W., Apt 323
Wyoming, Michigan 49548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KENT COUNTY CORRECTIONAL FACILITY ADMIN.
was received by me on *(date)* 12/03/2012 .

☐ I personally served the summons on the individual at *(place)* Ken County Sherriffs Department
701 Ball Ave. N.E., Grand Rapids Michigan 49503        on *(date)*                 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* KENT COUNTY JAIL
703 Ball Ave. N.E., Grand Rapids, Michigan 49503        on *(date)*                 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 20.00 for travel and $ 0.00 for services, for a total of $ 20.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Kathie Jolaine Moore
*Printed name and title*

82 50th Street S.W., Apartment 323
Wyoming, Michigan 49548
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | | |
|---|---|---|
| BRADLEY KEITH SLEIGHTER | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:12-cv-0763 |
| KENT COUNTY CORRECTIONAL FACILITY ADMINISTRATION, UNDERSHERIFF JON HESS and CAPTAIN RANDY DEMORY | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kent County Correctional Facility Administration
701 Ball Avenue N.E.
Grand Rapids, Michigan 49503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bradley Keith Sleighter/pro se
82 50th Street S.W., Apt 323
Wyoming, Michigan 49548

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  KENT COUNTY CORRECTIONAL FACILITY ADMIN.

was received by me on *(date)*  12/03/2012  .

☐ I personally served the summons on the individual at *(place)*  Ken County Sherriffs Department
701 Ball Ave. N.E., Grand Rapids Michigan 49503   on *(date)*                  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*  KENT COUNTY JAIL
703 Ball Ave. N.E., Grand Rapids, Michigan 49503   on *(date)*                  ; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $  20.00  for travel and $  0.00  for services, for a total of $  20.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Kathie Jolaine Moore
*Printed name and title*

82 50th Street S.W., Apartment 323
Wyoming, Michigan 49548

*Server's address*

Additional information regarding attempted service, etc: