UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

BRADLEY KEITH SLEIGHTER,

        Plaintiff,        Case No. 1:12-cv-0763

v.        HONORABLE JANET T. NEFF

KENT COUNTY CORRECTIONAL
FACILITY ADMINISTRATION,
UNDERSHERIFF HESS and
CAPTAIN RANDY DEMORY,

        Defendants.

Bradley Keith Sleighter
Plaintiff, In Pro Per
82 – 50th S.W., Apt. 323
Wyoming, MI 49548

Peter A. Smit (P278896)
Paul J. Greenwald (P25368)
VARNUM LLP
Attorneys for Defendants
Bridgewater Place, P.O. Box 352
333 Bridge Street NW (49504)
Grand Rapids, MI 49501-0352
(616) 336-6000

## DEFENDANTS' MOTION TO DISMISS

NOW COME the Defendants, by and through their attorneys, Varnum LLP, and as their motion to dismiss states as follows:

1.     Plaintiff has failed or refused to comply with the discovery orders of the Court (Doc. #27). (FRCP 37)

2. Plaintiff is not entitled to injunctive relief as he is no longer an inmate of the Kent County Correctional Facility.

3. The Plaintiff cannot recover any damages or obtain a remedy as sought and the matter should be dismissed as he has no recoverable damages.

    Respectfully submitted,

    VARNUM LLP
    Attorneys for Defendants

Dated: February 13, 2013    By:    /s/ Peter A. Smit
    Peter A. Smit (P27886)
    Paul J. Greenwald (P25368)
    Business Address and Telephone:
    Bridgewater Place, P.O. Box 352
    Grand Rapids, Michigan 49501-0352
    (616) 336-6000

### CERTIFICATE OF SERVICE

I certify that on February 13, 2013, the foregoing document was served on Bradley Keith Sleighter, by placing a true and correct copy in the United States mail, postage prepaid, to his address of record at 82 - 50th S.W., Apt. 323, Wyoming, MI 49548.

    By:    /s/ Peter A. Smit
    Peter A. Smit (P27886)
    Business Address & Telephone:
    Bridgewater Place, P.O. Box 352
    Grand Rapids, MI 49501-0352
    (616) 336-6000

*5849225_1.DOCX*