CASE NUMBER 1:12-CV-0763

# EXHIBIT #2

## Letter to Pine Rest Hospital

From: Bradley Sleighter

Plaintiff

Letter detailing Plaintiff's reason for denying Defendants request for psychiatric records dating back to 1971.

Bradley Keith Sleighter
82-50th St., SW Apt. 322
Wyoming, Michigan 49548

Pine Rest Christian Mental Health Services
300-68th St. SE
Grand Rapids, Michigan 49548

January 8, 2013

      <u>Re:</u> SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR
      TO PERMIT INSPECTION OFMPREMISES IN A CIVIL ACTION
      <u>Case Number:</u> 1:12-cv-0763

To Whom It May Concern/Records Office:

    I, Bradley Keith Sleighter, the plaintiff in the above entitled case, am formally informing Pine Rest Christian Mental Health Services, Records Office, I object to the release of any and all records pertaining to me.

    Any records that Pine Rest has concerning my mental health have long been archived, dating back to before 1970 and have absolutely no bearing or reasonable connection to the above entitle civil action. The defendants, through their attorneys, Varnum LLP, are misusing their subpoena powers allowed by the Federal Rules of Civil Procedure for the United States District Courts. They are attempting to use their subpoena power to go on a "fishing expedition" and are explicitly addressed in Federal Case Law as prohibited.

    Let this letter serve as permanent denial to the access of any and all records that pertain to me, Bradley Keith Sleighter, by your organization, to the defendants: Kent County Correctional Facility and their attorneys, Varnum LLP or any other legal entity representing them in the above entitled civil action.

    This permanent denial applies to any subpoena that does not describe in detail exactly what records are required to be produced, the dates that these records are believed to have been produced, show how they relate to and are relevant to any civil action they are going to be used in.

    If the defendants are able to comply with the requirements of a proper request then you may contact me and request my permission to either release or deny their request according to law. Until then I will not entertain the release of any records in your possession for any "fishing expeditions" the defendant or their attorney's attempt.

    Thank you for your time and consideration in this matter. If you have any future concerns in this matter, please feel free to contact me.

*Brad Sleighter*