UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

BRADLEY KEITH SLEIGHTER,

                 Plaintiff,                        Case No. 1:12-cv-0763

v.                                          HONORABLE JANET T. NEFF

KENT COUNTY CORRECTIONAL
FACILITY ADMINISTRATION,
UNDERSHERIFF HESS and
CAPTAIN RANDY DEMORY,

                 Defendants.

_____

Bradley Keith Sleighter
Plaintiff,  In Pro Per
82 – 50th S.W., Apt. 323
Wyoming, MI 49548

Peter A. Smit (P278896)
Paul J. Greenwald (P25368)
VARNUM LLP
Attorneys for Defendants
Bridgewater Place, P.O. Box 352
333 Bridge Street NW (49504)
Grand Rapids, MI 49501-0352
(616) 336-6000

_____

### *AMENDED*
### REQUEST TO DELAY CONSIDERATION
### OF CLASS ACTION STATUS

1.      Defendants have filed a motion and brief in support to dismiss the above matter

on February 13, 2013.  (Doc #'s 29 and 30).

2.      Plaintiff has filed a response on February 21, 2013.  (Doc # 33)

3.      This motion is ready for consideration and decision.

4.      This motion for class action would be rendered moot if the Court grants Defendant's previously filed motion to dismiss.  Briefing and response would be unneeded.

THEREFORE, the Defendants, by and through their attorneys, Varnum, LLP, ask the Court to address the motion to dismiss filed on February 13, 2013 (Doc #'s 20 and 30), and to delay any required response to the Plaintiff's motion to certify class action until the Court issues an order on the pending motion to dismiss.

Respectfully submitted,

VARNUM LLP
Attorneys for Defendants

Dated: February 25, 2013             By:      /s/  Paul J. Greenwald_____
                                              Peter A. Smit (P27886)
                                              Paul J. Greenwald (P25368)
                                     Business Address and Telephone:
                                              Bridgewater Place, P.O. Box 352
                                              Grand Rapids, Michigan 49501-0352
                                              (616) 336-6000

## CERTIFICATE OF SERVICE

I certify that on February 25, 2013 the foregoing document was served on Bradley Keith Sleighter, by placing a true and correct copy in the United States mail, postage prepaid, to his address of record at 82 - 50th S.W., Apt. 323, Wyoming, MI  49548.

By:      /s/ Paul J. Greenwald_____
         Paul J. Greenwald (P25368)
Business Address & Telephone:
         Bridgewater Place, P.O. Box 352
         Grand Rapids, MI  49501-0352
         (616) 336-6000

2