FILED - GR
October 15, 2013 11:56 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ald /___ SCAN' , BY: /s/ 10/15/13

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| BRADLEY KEITH SLEIGHTER, <br>   Plaintiff, <br> v. <br><br> KENT COUNTY CORRECTIONAL <br>  FACILITY ADMINISTRATION, <br> UNDER SHERIFF JON HESS, and <br> CAPTAIN RANDY DEMORY, <br>   Defendants. | CASE NUMBER, 1:12-cv-0763. <br><br> THE HONORABLE JUDGE <br> JANET T. NEFF, Presiding. <br><br> THE HONORABLE JUDGE <br> ELLEN S. CARMODY, <br> Presiding Magistrate Judge. |

## NOTICE TO APPEAL
## *IN FORMA PUPERIS*

**(PLAINTIFF'S NOTICE TO APPEAL FINAL JUDGMENT DISMISSING CASE NUMBER 1:12-CV-0763, *IN FORMA PAUPERIS* WITH ATTACHED *AFFIDAVIT* OF INDIGENCY TO PROCEED**

Plaintiff comes before the Court, *sui juris, pro se, in forma puperis*, to appeal the final judgment of the U.S. DISTRICT COURT for the WESTERN DISTRIC of MICHIGAN, entered on September 20th, 2013, docket numbers: 52 and 53.

38  Notice of appeal also given in this matter on October, 10th, 2013.

39

40

41 Respectfully Submitted By:

42 Date: Octoberr, 10th, 2013.

43
44
45
46

Bradley Keith Sleighter
82 50th Street S.W., Apt. 323,
Wyoming, Michigan 49548

47
48

Phone: (616) 805-0885
Email: bradsleighter@gmail.com

49
50
51

52 **CERTIFICATE OF SERVICE**

53

54 The Plaintiff, certifies that he has delivered to the Defendants' Attorney of record,
55 Varnumn LLP, a true and correct copy of this **Notice to Appeal** by electronic means through the
56 internet to the email address of record: pasmit@varnumlaw.com, pjgreenwald@varnumlaw.com,
57 jon.hess@kentcountymi.gov, dan.ophoff@kentcountymi.gov, and to the U.S. District Court for
58 the Western District of Michigan, on this 26th, day of September, 2013, by U.S. Postal Service,
59 postage prepaid and mailed.

60  .

61
62
63

Bradley Keith Sleighter
82 50th Street S.W., Apt. 323
Wyoming, Michigan 49548

64
65
66

Phone: (616) 805-0885
Email: bradsleighter@gmail.com

67
68