## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  October 18, 2013

Mr. Bradley Keith Sleighter
82 50th St., SW
Apt. 323
Wyoming, MI 49548

Re: Case No. 13-2402, *Bradley Sleighter v. Kent County Jail Administrati, et al*
Originating Case No. : 1:12-cv-00763

Dear Sir or Madam,

   This appeal has been docketed as case number **13-2402** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.

   At this stage of the appeal, the following forms should be completed and mailed to the Clerk's office by **November 01, 2013**.  More specific instructions are printed on each form.

Appellee:  Appearance of Counsel
           Application for Admission to 6th Circuit Bar (if applicable)

   On **October 17, 2013**, the district court denied your motion to proceed in forma pauperis.  Since you do not have pauper status, you have until **November 19, 2013** to either pay the full $455.00 appeal filing fee **to the U.S. District Court**, or to file a motion **in this court** to waive the filing fee (motion to proceed in forma pauperis), with a financial affidavit and current copy of certificate of prisoner account activity. **Failure to do one or the other will result in the dismissal of the appeal without further notice**.

   Since you are representing yourself in this appeal, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original which you have signed.  Copies are no

longer necessary.  **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

    Appellee counsel will docket pleadings as an ECF filer.  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If counsel has not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

    The Clerk's office cannot give pro se litigants legal advice but questions about the forms or electronic case filing may be directed to the case manager.

    Sincerely yours,

    s/Bryant L. Crutcher
    Case Manager
    Direct Dial No. 513-564-7013

cc:  Mr. Paul James Greenwald
    Ms. Kimberley A. Koester
    Mr. Peter A. Smit

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 13-2402

BRADLEY KEITH SLEIGHTER

        Plaintiff - Appellant

v.

KENT COUNTY JAIL ADMINISTRATION, named as Kent County Jail Administration /Administrator; KENT COUNTY CORRECTIONAL FACILITY ADMINISTRATION; UNKNOWN HESS, Undersheriff; RANDY DEMORY, Captain; CORIZON HEALTH INC.

        Defendants - Appellees.